**STATE of Missouri, Respondent,**

v.

**Percy James COOPER, Appellant.**

**No. WD 41403.**

Missouri Court of Appeals,
Western District.

May 29, 1990.

David H. Miller, Dist. Defender, Chillicothe, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and
LOWENSTEIN and GAITAN, JJ.

ORDER

PER CURIAM:

Appeal from conviction of robbery in the first degree, § 569.020, RSMo 1986, and armed criminal action, § 571.015.1, RSMo 1986, and from sentences as a prior and persistent offender to consecutive terms of imprisonment of twenty and fifteen years.

Affirmed. Rule 30.25(b).